UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLING MEDIA, INC., | Case No. 4:13-cv-00074-YGR |
| Plaintiff, | **ORDER CONTINUING STATUS HEARING** |
| v. | |
| MONSOON MULTIMEDIA, INC., | |
| Defendant. | |

The Court has reviewed the parties Joint Case Management Statement filed on December 6, 2013.  (Dkt. No. 25.)  The status hearing scheduled for Friday, December 13, 2013 is hereby **CONTINUED** to Friday, February 28, 2014 at 9:01 a.m.

Five (5) business days prior to the date of the Status Hearing, the parties must jointly file a Case Management Statement informing the Court of the status of the ITC proceedings, *including a specific request for whether the stay should continue or be terminated*.  If the Case Management Statement has been timely filed, no appearance will be required and the Status Hearing will be taken off calendar.  Telephonic appearances will be allowed if the statement has been submitted in a timely fashion and the Court deems the hearing necessary.  Failure to do so may result in sanctions.

Dated: December 12, 2013

_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge