UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SLING MEDIA, INC.,**<br><br>　　　**Plaintiff,**<br><br>　　vs.<br><br>**MONSOON MULTIMEDIA, INC.**<br><br>　　　**Defendant.** | Case No.: 13-CV-0074 YGR<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; DENYING REQUEST TO APPEAR BY TELEPHONE AS MOOT** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT the Case Management Conference in this matter is **CONTINUED** from June 23 to **Monday, July 21, 2014** at **2:00 p.m.** in the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, Courtroom 1.

Accordingly, Plaintiff's pending request to appear by telephone at the June 23 case management conference is hereby **DENIED** as moot. (Dkt. No. 34.)

**IT IS SO ORDERED.**

Dated: June 18, 2014

　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**