STEPHEN J. AKERLEY (NO. 160757)
JAMES D. RAGON (NO. 260473)
DECHERT LLP
2440 W. El Camino Real, Suite 700
Mountain View, California 94040-1499
Telephone: (650) 813-4800
Facsimile: (650) 813-4848
stephen.akerley@dechert.com
james.ragon@dechert.com

Attorneys for Defendant
MONSOON MULTIMEDIA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SLING MEDIA, INC., <br><br>   Plaintiff, <br><br> v. <br><br> MONSOON MULTIMEDIA, INC., <br><br>   Defendant. | Case No. 4:13-cv-00074-YGR <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT MONSOON MULTIMEDIA, INC.; [~~PROPOSED~~] ORDER** |

DECHERT LLP
ATTORNEYS AT LAW
SILICON VALLEY

NOTICE OF SUBSTITUTION OF COUNSEL FOR
DEFENDANT MONSOON MULTIMEDIA, INC.;
[~~PROPOSED~~] ORDER; CASE NO. 4:13-cv-00074-YGR

1   PLEASE TAKE NOTICE that Roshan Jain (NO. 241078), Law Office of Roshan Jain, hereby substitutes for and replaces Dechert LLP, as counsel of record for Defendant Monsoon Multimedia, Inc. in this action.  Monsoon requests that the Court defer ruling on this Motion until the Joint Case Management Conference, currently scheduled for June 23, 2014, because Mr. Jain will not be available to attend in person, Mr. Akerley and Mr. Ragon will attend in person.  In addition, Mr. Jain requests leave to appear telephonically at the conference.

I, the undersigned, consent to the above substitution of counsel.

Dated: June 16, 2014                    Dechert LLP

                                        By:   */s/ Stephen J. Akerley*
                                              Stephen J. Akerley

I, the undersigned, consent to the above substitution of counsel.

Dated: June 16, 2014

                                        By:   */s/ Prabhat Jain*
                                              Prabhat Jain, Founder
                                              On behalf of Monsoon Multimedia, Inc.

I, the undersigned, accept the above substitution of counsel.

Dated: June 16, 2014                    Law Office of Roshan Jain
                                        6 Beacon Street, Suite 600
                                        Boston, MA 02478
                                        www.jainlawfirm.com
                                        T: (857) 244-1330
                                        C: (510) 508-2456


                                        By:   */s/ Roshan Jain*
                                              Roshan Jain
                                              Attorney for Defendant
                                              MONSOON MULTIMEDIA, INC.

IT IS SO ORDERED.

Dated: June 18, 2014                    _____
                                        The Honorable Yvonne Gonzalez Rogers
                                        United States District Judge

NOTICE OF SUBSTITUTION OF COUNSEL FOR
DEFENDANT MONSOON MULTIMEDIA, INC.;                    1
[PROPOSED] ORDER; CASE NO. 4:13-cv-00074-YGR

1  I attest that concurrence in the electronic filing of this document has been obtained from
2  all signatories.

3  Dated: June 16, 2014                                   Dechert LLP

                                                          By:   */s/ Stephen J. Akerley*
                                                                Stephen J. Akerley

DECHERT LLP
ATTORNEYS AT LAW
SILICON VALLEY

NOTICE OF SUBSTITUTION OF COUNSEL FOR
DEFENDANT MONSOON MULTIMEDIA, INC.;      - 2 -
[PROPOSED] ORDER; CASE NO. 4:13-cv-00074-YGR