UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| SLING MEDIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> BELKIN INTERNATIONAL, INC., MONSOON MULTIMEDIA, INC., <br><br> Defendants. | Case No. 4:13-cv-00074-YGR <br><br> [~~PROPOSED~~] ORDER OF DISMISSAL WITHOUT PREJUDICE |

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal Without Prejudice of all claims and counterclaims asserted between plaintiff, Sling Media, Inc. and defendants, Monsoon Multimedia, Inc. and Mr. Prabhat Jain in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby:

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff, Sling Media, Inc. and defendants, Monsoon Multimedia, Inc. and Mr. Prabhat Jain are hereby dismissed without prejudice, subject to the terms of that certain agreement entitled "PATENTS IN SUIT SETTLEMENT AGREEMENT" and dated December 3, 2014.

1    It is further ORDERED that all attorneys' fees, expenses, and costs are to be borne by the
2    Party that incurred them.

4    IT IS SO ORDERED.

5    Dated: December 4, 2014

_____
Honorable Yvonne Gonzalez Rogers
United States District Court Judge